UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JANELYS HERNANDEZ, :
                Plaintiff, :
: 23 Civ. 8889 (LGS)
      -against- :
: ORDER
:
PERFORMANCE RUNNING OUTFITTERS, :
LLC, :
              Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated October 13, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for November 29, 2023, at 4:00 P.M.;

    WHEREAS, Defendant Performance Running Outfitters, LLC has not appeared, and Plaintiff has not filed proof of service on the docket;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 29, 2023**.  If Plaintiff has not been in communication with Defendant, she shall file a status letter regarding her efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **November 29, 2023**.  It is further

    **ORDERED** that the initial pretrial conference scheduled for November 29, 2023, is adjourned to **December 6, 2023, at 4:00 P.M.**

Dated: November 27, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE