# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel:** 718-740-5060 * Fax: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

December 13, 2023

<u>**VIA: ECF**</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:   <u>**Janelys Hernandez v. Performance Running Outfitters, LLC - Case No. 1:23-cv-08889-LGS**</u>

To the Honorable Judge Lorna G. Schofield,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial pretrial conference currently set for December 20, 2023 pursuant to Your Honor's Order dated December 4, 2023 (Docket #7) Plaintiff attempted service upon the defendant at its registered agent address and was informed on December 13, 2023 that the service was unsuccessful. Plaintiff intends to attempt service upon the Defendant via the Secretary of State. Plaintiff respectfully requests an adjournment of the initial conference to allow the Plaintiff an opportunity to execute service upon the Defendant. This is the second time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Plaintiffs' Attorney*

Application **GRANTED**. The initial pretrial conference scheduled for December 20, 2023, is adjourned to **January 24, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **January 17, 2024**.

Dated: December 14, 2023
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**