UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JANELYS HERNANDEZ,                                           :
                                    Plaintiff,               :
                                                             :            23 Civ. 8889 (LGS)
              -against-                                      :
                                                             :                 ORDER
PERFORMANCE RUNNING OUTFITTERS,                              :
LLC,                                                         :
                                    Defendant.               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed the Complaint on October 10, 2023;

WHEREAS, Defendant has not been served within the ninety-day time period set by Rule 4(m) of the Federal Rules of Civil Procedure;

WHEREAS, the order dated December 14, 2023, adjourned the initial pretrial conference for the third time to January 24, 2024, and directed the parties to file the initial pretrial conference materials by January 17, 2024;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that by **January 24, 2024**, Plaintiff shall file a status letter regarding her efforts to serve Defendant. Failure to timely file this letter will result in dismissal of the case for failure to prosecute. It is further

**ORDERED** that the initial pretrial conference scheduled for January 24, 2024, is **CANCELED**.

Dated: January 22, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**